[Civ. No. 2080.   Fourth Appellate District.—August 10, 1938.]

ANNA L. HARTMAN, Petitioner and Respondent, v. COR-
PORATION OF AMERICA (a Corporation) et al., Re-
spondents; BANK OF AMERICA NATIONAL TRUST
AND SAVINGS ASSOCIATION (a National Banking
Association), Appellant.

Louis Ferrari, Edmund Nelson and Hugo A. Steinmeyer
for Appellant.

Hugh S. MacKinnon for Petitioner and Respondent.

BARNARD, P. J.—This is an appeal from an order ex-
tending a previous order postponing a sale under a deed of
trust.

All of the material facts in this case are similar to
those in the case of *Anna L. Hartman* v. *Bank of America,*
Civil No. 2079, this day decided (*ante,* p. 98 [82 Pac. (2d)
39]). The questions at law presented in the two cases are
identical.

For the reasons given in the case referred to the order ap-
pealed from is reversed.

Marks, J., concurred.